# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SHANE MICHAEL DAHIR,<br><br>                              Plaintiff,<br><br>v.<br><br>E.K. MCDANIELS, et al.,<br><br>                             Defendants. | 3:21-cv-00487-MMD-CSD<br><br>**ORDER**<br><br>Re: ECF No. 18 |

Before the court is Plaintiff's Motion for Enlargement of Time to Amend Pleadings (ECF No. 18). Defendant has opposed the motion (ECF No. 19) and Plaintiff has replied (ECF No. 21).

Plaintiff requests an extension to December 17, 2022, in which to file an amended complaint as extra time is needed to review Defendant's discovery responses. (ECF No. 18 at 2.)

In Defendant's opposition he states that the initial disclosures were sent to Plaintiff on September 7, 2022, which included the identities of all personnel involved in the alleged incident, shake down log and inmate grievance history. (ECF No. 19 at 3.) Additionally, Defendant responded to Plaintiff's discovery requests on October 13, 2022. (*Id.*)

**IT IS HEREBY ORDERED** that Plaintiff's motion (ECF No. 18) is **GRANTED** to the extent that Plaintiff shall have to and including **Friday, December 2, 2022**, to file a motion and proposed amended complaint.

DATED: November 9, 2022.

                                                                      _____
                                                                      UNITED STATES MAGISTRATE JUDGE