UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SHANE MICHEAL DAHIR,

    Plaintiff

v.

E.K. MCDANIELS, et al.,

    Defendants

Case No.: 3:21-cv-00487-MMD-CSD

**Order**

    Chief District Judge Du issued an order allowing Plaintiff to proceed with his Fourth Amendment unreasonable search claims against defendants Macias, Ball, Conway, Saavedra, as well as John Does 1-6 in the Second Amended Complaint (SAC). (*See* ECF No. 38.)

    The Clerk of Court shall **ISSUE** summonses for Defendants Macias, Ball, Conway, and Saavedra, **and deliver the same**, to the U.S. Marshal for service. The Clerk also shall also **SEND** sufficient copies of the SAC (ECF No. 35) and this Order to the U.S. Marshal for service on the Defendants.  The Clerk shall **SEND** to Plaintiff **4** USM-285 forms.  Plaintiff will have **21 days** within which to furnish to the U.S. Marshal the required USM-285 forms with relevant information as to each Defendant on each form at 400 S. Virginia Street, 2nd floor, Reno, Nevada 89501. Within **twenty (20) days** after receiving from the U.S. Marshal a copy of the USM-285 forms showing whether service has been accomplished, if any of the Defendants were not served, and if Plaintiff wants serve to be attempted again, he must file a motion with the court providing a more detailed name and/or address for service, or indicating that some other method of service should be attempted.

Plaintiff is reminded that under Federal Rule of Civil Procedure 4(m), service must be completed within **90 days** of the date of this Order. If Plaintiff requires additional time to meet any of the deadlines set by the court, he must file a motion for extension of time under Local Rule 1A 6-1 *before* the expiration of the deadline, and the motion must be supported by a showing of good cause. A motion filed after a deadline set by the court or applicable rules will be denied absent a showing of excusable neglect.

Plaintiff shall serve upon the Defendants or, if an appearance has been entered by counsel, upon the attorney(s), a copy of every pleading, motion, or other document submitted for consideration by the court. If Plaintiff electronically files a document with the court's electronic filing system, no certificate of service is required. Fed. R. Civ. P. 5(d)(1)(B); LR IC 4-1(b); LR 5-1. If Plaintiff mails the document to the court, Plaintiff shall include with the original document submitted for filing a certificate stating the date that a true and correct copy of the document was mailed to the defendants or counsel for the defendants. If counsel has entered a notice of appearance, Plaintiff shall direct service to the individual attorney named in the notice of appearance, at the physical or electronic address stated therein. The court may disregard any document received by a district judge or magistrate judge which has not been filed with the Clerk, and any document received by a district judge, magistrate judge, or the Clerk which fails to include a certificate showing proper service when required.

**IT IS SO ORDERED**.

Dated: November 1, 2023

_____
Craig S. Denney
United States Magistrate Judge