# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SHANE MICHAEL DAHIR,<br><br>                    Plaintiff,<br>v.<br><br>E.K. MCDANIELS, *et al.*,<br><br>                    Defendants. | 3:21-cv-00487-MMD-CSD<br><br>**ORDER** |

On November 1, 2023, the court erroneously entered an Order regarding service of process as to Defendants Macias, Ball, Conway, and Saavedra. (ECF No. 39.)

**IT IS HEREBY ORDERED** that the court's Order (ECF No. 39) is **WITHDRAWN**.

**IT IS FURTHER ORDERED** that within **twenty-one (21) days** of the date of this order, the Attorney General's Office shall file a notice advising the court and Plaintiff if it accepts service for Defendants Macias, Ball, Conway, and Saavedra.  If the Attorney General's Office is unable to accept service for said Defendant(s), the Office shall file, under seal, but shall not serve the inmate Plaintiff the last known address(es) of those Defendant(s) for whom it has such information. If the last known address of the Defendant(s) is a post office box, the Attorney General's Office shall attempt to obtain and provide the last known physical address(es).

**IT IS FURTHER ORDERED** that if service cannot be accepted for any of the new Defendants, Plaintiff shall file a motion identifying the unserved Defendant(s), requesting issuance of

a summons, and specifying a full name and address for the Defendant(s). For the Defendant(s) as to which the Attorney General has not provided last-known-address information, Plaintiff shall provide the full name and address for the Defendant(s).

**IT IS FURTHER ORDERED** that if the Attorney General accepts service of process for any of the new Defendants, such Defendant(s) shall file and serve an answer or other response to the Second Amended Complaint (ECF No. 35) within **forty-five (45) days** from the date of this order.

**IT IS FURTHER ORDERED** that under Federal Rule of Civil Procedure 4(m), service must be completed within **ninety (90) days** of the date of this Order. If Plaintiff requires additional time to meet any of the deadlines set by the court, he must file a motion for extension of time under Local Rule IA 6-1 before the expiration of the deadline, and the motion must be supported by a showing of good cause. A motion filed after a deadline set by the court or applicable rules will be denied absent a showing of excusable neglect.

**IT IS FURTHER ORDERED** that Plaintiff shall serve upon the Defendants or, if an appearance has been entered by counsel, upon the attorney(s), a copy of every pleading, motion, or other document submitted for consideration by the court. If Plaintiff electronically files a document with the court's electronic filing system, no certificate of service is required. Fed. R. Civ. P. 5(d)(1)(B); LR IC 4-1(b); LR 5-1. If Plaintiff mails the document to the court, Plaintiff shall include with the original document submitted for filing a certificate stating the date that a true and correct copy of the document was mailed to the defendants or counsel for the Defendants. If counsel has entered a notice of appearance, Plaintiff shall direct service to the individual attorney named in the notice of appearance, at the physical or electronic address stated therein. The court may disregard any document received by a District Judge or Magistrate Judge which has not been filed with the Clerk, and any

document received by a District Judge, Magistrate Judge, or the Clerk which fails to include a certificate showing proper service when required.

DATED: November 1, 2023.

_____
Craig S. Denney
United States Magistrate Judge