# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SHANE MICHAEL DAHIR,<br><br>  Plaintiff,<br>v.<br>E.K. MCDANIELS, et al.,<br><br>  Defendants. | 3:21-cv-00487-CSD<br><br>**ORDER** |

On July 21, 2025, the Ninth Circuit Court of Appeals dismissed Plaintiff's appeal for lack of jurisdiction. (ECF No. 85.)

**IT IS HEREBY ORDERED** that Plaintiff shall be given an additional **thirty (30) days** from the date of this order within which to file a response to Defendants' Motion for Summary Judgment (ECF No. 77).

DATED: July 23, 2025.



Craig S. Denney
United States Magistrate Judge