UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SHANE MICHAEL DAHIR,

    Plaintiff

v.

E.K. MCDANIELS, et al.,

    Defendants

Case No.: 3:21-cv-00487-CSD

**Order**

Re: ECF Nos. 92, 93

Plaintiff has filed an objection to this court's order at ECF No. 91. (ECF No. 92.) The court will treat this as a motion for reconsideration. Plaintiff has also filed a motion for enlargement of time so the court can rule on his objection. (ECF No. 93.)

In his objection, Plaintiff reiterates that he will be expiring his sentence on October 18, 2025, and needs additional time so he can send his legal file to Nebraska and try to obtain an attorney. He also states that he should not have to file a document to remove the undersigned from the case, because the consent was illegal.

The court will reconsider its prior order at ECF No. 91 only insofar as Plaintiff will be given an extension of time, up to and including **December 2, 2025,** to file his response to Defendants' pending motion for summary judgment. During this time, he will have expired his sentence and can send his legal materials to his new address and attempt to find counsel to take his case.

The court reiterates that if Plaintiff seeks to challenge or withdraw his consent to magistrate judge jurisdiction, he must file a properly supported motion, which will be assigned to a district judge for a decision.

**CONCLUSION**

Plaintiff's objection (ECF No. 92), which the court is treating as a motion for reconsideration, is **GRANTED IN PART AND DENIED IN PART** insofar as Plaintiff has up to and including **December 2, 2025**, to file his response to Defendants' pending motion for summary judgment.

His motion for an enlargement of time until the court rules on his objection (ECF No. 93) is **DENIED AS MOOT**.

**IT IS SO ORDERED**.

Dated: September 16, 2025

_____
Craig S. Denney
United States Magistrate Judge